## NATIONAL LABOR RELATIONS BOARD v. HEILIG BROS. CO.

### No. 7857.

Circuit Court of Appeals, Third Circuit.

Argued Dec. 17, 1941.

Decided Jan. 2, 1942.

Rehearing Denied Jan. 31, 1942.

See, also, D.C., 42 F.Supp. 311.

William J. Isaacson, of Washington, D. C. (Robert B. Watts, Gen. Counsel, Laurence A. Knapp, Associate Gen. Counsel, Ernest A. Gross, Asst. Gen. Counsel, Ruth Weyand, and Harry G. Carlson, Attys., National Labor Relations Board, all of Washington, D. C., on the brief), for petitioner.

John F. Dumont, of Little Falls, N.J. (John A. Hoober, of York, Pa., on the brief), for respondent.

Before BIGGS, MARIS, and GOODRICH, Circuit Judges.

PER CURIAM.

We have examined carefully the briefs and the record in the case at bar. The questions presented are primarily those of fact; the findings of the Board are supported by adequate evidence; and its conclusions of law are correct. Accordingly the Board's order will be enforced.